IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 98-00086
Conference Calendar

———————————

IN RE: MICHAEL ALLEN KENNEDY,

Movant.

- - - - - - - - - -
Motion to Reduce Sanctions
- - - - - - - - - -
April 9, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Michael Allen Kennedy, # 433834, has filed a miscellaneous motion, unconnected with any district court proceedings, asking this court to reduce his sanctions. He asserts that because he has been unable to pay the sanctions over the past five years, it is obvious that he will never be able to pay and will be forever barred from filing any pleadings in the courts. He does not seek to file any particular pleadings either in the district court or in this court. He swears once again that he has learned his lesson regarding his propensity to file frivolous litigation.

In 1995, Kennedy satisfied a $100 fine imposed in Kennedy v. Little, No. 93-8221 (5th Cir. Sept. 22, 1993). Thus, he has

———————————

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

demonstrated some ability to pay his sanctions.  The last time he swore that he had learned his lesson, he had submitted false documents to the district court.  Further, his request is premature because he does not seek to file any specific pleadings at this time.  Kennedy's motion to reduce sanctions is DENIED.